# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ANTHONY TAYLOR** | **CIVIL ACTION NO. 22-2174** |
| | **SECTION P** |
| VS. | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **BAYOU DORCHEAT CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Anthony Taylor's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this 1st day of August 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE